# IN THE SUPREME COURT OF TENNESSEE
## AT NASHVILLE

## STATE OF TENNESSEE v. EDDIE L. COLEY, JR.

---

**No. M1997-00116-SC-R11-CD - Filed November 22, 2000**

---

### ORDER

Eddie L. Coley Jr., the appellant, and the Tennessee Association of Criminal Defense Attorneys (amicus curiae), have petitioned this Court to reconsider its opinion filed October 13, 2000. After careful consideration, the Court concludes that the petitions should be and are, hereby, respectfully, DENIED.

Justice Holder and Chief Justice Anderson adhere to the views expressed in the original dissenting opinion.

PER CURIAM